**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  Attorneys for Defendants LVMPD and Sheriff Kevin McMahill

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ION ILIESCU, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; SHERIFF JOE LOMBARDO,, individually and as policy maker of LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SHERIFF KEVIN MCMAHILL, individually and as policy maker of LAS VEGAS METROPOITAN POLICE DEPARTMENT,<br><br>　　　　　　Defendants. | Case Number:<br>2:24-cv-02099-GMN-DJA<br><br>**DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(SECOND REQUEST)**<br><br>SUBMITTED IN COMPLIANCE WITH LR 26-1(B) |

The parties held a scheduling conference under Federal Rule of Civil Procedure 26(f) on January 17, 2025. The parties now submit their proposed discovery plan and scheduling order in compliance with LR 26-1(b).

　　1.　　Discovery Cut-Off Date. The Defendants answered or otherwise appeared on December 16, 2024. The discovery cut-off date is June 16, 2025.

　　2.　　Amending the Pleadings and Adding Parties. The deadline to amend the pleadings and add parties is March 17, 2025.

　　3.　　Expert and Rebuttal-Expert Disclosures. The deadline to disclose experts is ~~March 17, 2025.~~ April 17, 2025. The deadline to disclose rebuttal experts is ~~April 17, 2025~~ May 19, 2025.

　　4.　　Dispositive Motions. The deadline to file dispositive motions is July 16, 2025.

|   |   |
|---|---|
| 1 | 5. <u>Pretrial Order.</u> The deadline to file a pretrial order is ~~September 16, 2025.~~ August 15, 2025 |

5. <u>Pretrial Order.</u> The deadline to file a pretrial order is ~~September 16, 2025.~~ *August 15, 2025*

6. <u>Fed. R. Civ. P. 26(a)(3) Disclosures.</u> The disclosures required by this rule and any objections to them must be included in the joint pretrial order.

7. <u>Alternative Dispute Resolution.</u> The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation. None will be scheduled until discovery is closed.

8. <u>Alternative Forms of Case Disposition.</u> The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). They do not consent to do so at this time but may reconsider in the future.

9. <u>Electronic Evidence.</u> The parties certify that they discussed whether to present evidence in electronic format to jurors for the purpose of jury deliberations and they agree to do so. The parties stipulate to providing exhibits and discovery in an electronic format compatible with the court's electronic jury evidence display system.

IT IS SO STIPULATED AND AGREED this 11th day of February, 2025.

MARQUIS AURBACH                                HATFIELD & ASSOCIATES, LTD.

By: *s/Nick D. Crosby*                              By: *s/ Trevor J. Hatfield*
    Nick D. Crosby, Esq.                              Trevor J. Hatfield, Esq.
    Nevada Bar No. 8996                              Nevada Bar No. 7373
    10001 Park Run Drive                              703 South Eighth Street
    Las Vegas, Nevada 89145                         Las Vegas, Nevada 89101
    Attorney for Defendants                          Attorney for Plaintiff

IT IS ORDERED that the Discovery Plan and Scheduling Order is GRANTED in part and DENIED in part. It is denied in part only to the extent that the Court has modified the expert disclosure deadlines and the joint pretrial order deadline. It is granted in all other aspects.

DATED: 2/12/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE