**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  Attorneys for Defendants LVMPD and Sheriff Kevin McMahill

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ION ILIESCU, an individual,<br><br>                                  Plaintiff,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; SHERIFF JOE LOMBARDO, individually and as policy maker of LAS VEGAS METROPOLITAN POLICE DEPARTMENT and SHERIFF KEVIN MCMAHILL, individually and as policy maker of LAS VEGAS METROPOITAN POLICE DEPARTMENT,<br><br>                                  Defendants. | Case Number:<br>2:24-cv-02099-GMN-DJA<br><br><br>**STPIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Defendants Las Vegas Metropolitan Police Department and Sheriff Kevin McMahill ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach, and Plaintiff Ion Iliescu ("Plaintiff"), by and through his attorney of record, Hatfield & Associates, Ltd., that the above-referenced matter be dismissed with prejudice; and

IT IS FURTHER STIPULATED that all parties bear their own attorney fees and costs.

Dated this 7th day of May, 2025.

| MARQUIS AURBACH | HATFIELD & ASSOCIATES, LTD. |
|---|---|
| By: *s/Nick D. Crosby*<br>    Nick D. Crosby, Esq.<br>    Nevada Bar No. 8996<br>    10001 Park Run Drive<br>    Las Vegas, Nevada 89145<br>    Attorney for Defendants | By:  *s/ Trevor J. Hatfield*<br>    Trevor J. Hatfield, Esq.<br>    Nevada Bar No. 7373<br>    703 South Eighth Street<br>    Las Vegas, Nevada 89101<br>    Attorney for Plaintiff |

MAC: 14687-515 (#5871037.1) 5/7/2025 8:49 AM

Case Number: 2:24-cv-02099-GMN-DJA

Iliescu v. LVMPD, et al.

**ORDER**

IT IS HEREBY ORDERED that the above-referenced matter be dismissed with prejudice; and

IT IS FURTHER ORDERED that all parties bear their own attorney fees and costs.

IT IS SO ORDERED:

DATED:  May 8, 2025

_____
United States District Court Judge